Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Eileen O'Hare, No. 159178
STATE CENTER COMMUNITY
 COLLEGE DISTRICT
1525 East. Weldon
Fresno, California 93704
Telephone: (559) 244-5909
Facsimile: (559) 229-7039

Attorneys for: Defendants CHARLES ANDERSON, an individual; MARVIN REYES, an individual; and JAMES STAHL, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOWMAN, an individual, | Case No. CIV F 04 5389 OWW DLB |
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER** |
| vs. | |
| CHARLES ANDERSON, an individual; MARVIN REYES, an individual; JAMES STAHL, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that the parties by and through their respective attorneys of record, hereby stipulate and agree to amending of the Scheduling Conference Order in the above-referenced matter as follows:

1. In light of the ongoing depositions of the parties, the expert disclosure deadline, currently set for December 9, 2005 be continued to February 2, 2006; and

2. That the supplemental expert disclosure deadline, currently set for January 9, 2006, be continued to March 2, 2006.

No other dates are changed by this stipulation and order.

Dated: _____, 2005        THORNTON DAVIDSON & ASSOCIATES

/s/ Thornton Davidson
THORNTON DAVIDSON, Attorney for
Plaintiff ROBERT BOWMAN

Dated:_____, 2005         MARDEROSIAN, RUNYON, CERCONE,
                                  LEHMAN & ARMO

/s/ Sue Ann Cercone
SUE ANN CERCONE, Attorney for Defendants
CHARLES ANDERSON, MARVIN REYES, and
JAMES STAHL

**ORDER**

IT IS HEREBY ORDERED that:

1.   The expert disclosure deadline, currently set for December 9, 2005 be continued to February 2, 2006; and

2.   The supplemental expert disclosure deadline, currently set for January 9, 2006 be continued to March 2, 2006.

IT IS SO ORDERED.

Dated: 12/6/05            /s/Oliver W. Wanger

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

  I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1260 Fulton Mall, Fresno, California 93721.

  On December 7, 2005, I served the within **STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER** on the interested parties in said action, as listed below:

| ATTORNEY: | PARTY |
|---|---|
| Thornton Davidson, Esq.<br>THORNTON DAVIDSON & ASSOCIATES<br>2055 San Joaquin Street<br>Fresno, CA 93721 | Plaintiff ROBERT BOWMAN |

[ ] VIA FACSIMILE

[ ] VIA EXPRESS MAIL

[X] BY MAIL - I am readily familiar with the firm's practice of collection and processing of documents for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE - I caused such envelope to be delivered by hand to the offices of the addressee.

  I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and if sworn as a witness I can competently testify to the foregoing of my own knowledge.

  Executed on December 7, 2005, at Fresno, California.

_____
BECKY HOLLY