Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Eileen O'Hare, No. 159178
STATE CENTER COMMUNITY
 COLLEGE DISTRICT
1525 East. Weldon
Fresno, California 93704
Telephone: (559) 244-5909
Facsimile: (559) 229-7039

Attorneys for: Defendants CHARLES ANDERSON, an individual; MARVIN REYES, an individual; and JAMES STAHL, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOWMAN, an individual, | Case No. 1: 04 CV 5389 OWW DLB |
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER** |
| vs. | |
| CHARLES ANDERSON, an individual; MARVIN REYES, an individual; JAMES STAHL, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that the parties by and through their respective attorneys of record, hereby stipulate and agree to amending of the Scheduling Conference Order in the above-referenced matter as follows:

1. In light of the ongoing depositions of the parties and the pending exchange of a significant amount of new documents, the expert disclosure deadline, currently set for February 2, 2006 be continued to March 2, 2006; and

2. That the supplemental expert disclosure deadline, currently set for March 2, 2006, be continued to April 3, 2006.

3. The discovery cutoff be continued from January 2, 2006 to March 2, 2006.

4. The filing deadline for dispositive motions be continued from February 16, 2006 to March 16, 2006 and heard no later than April 17, 2006.

No other dates are changed by this stipulation and order.

Dated: _____, 2006     THORNTON DAVIDSON & ASSOCIATES


                              /s/_____
                              THORNTON DAVIDSON, Attorney for
                              Plaintiff ROBERT BOWMAN


Dated:_____, 2006      MARDEROSIAN, RUNYON, CERCONE,
                                 LEHMAN & ARMO


                              /s/_____
                              SUE ANN CERCONE, Attorney for Defendants
                              CHARLES ANDERSON, MARVIN REYES, and
                              JAMES STAHL

**ORDER**

IT IS HEREBY ORDERED that:

1. The expert disclosure deadline, currently set for February 2, 2006 be continued to March 2, 2006; and

2. The supplemental expert disclosure deadline, currently set for March 2, 2006, be continued to April 3, 2006.

3. The discovery cutoff be continued from January 2, 2006 to March 2, 2006.

4. The filing deadline for dispositive motions be continued from February 16, 2006 to March 16, 2006 and heard no later than April 17, 2006.

IT IS SO ORDERED.

**Dated:   February 3, 2006**              **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE