| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 2 | CLAUDIA J. ROBINSON, SB# 057260<br>STACY T. MELVILLE, SB# 217057 |
| 3 | 2500 Venture Oaks Way, Suite 200<br>Sacramento, California 95833 |
| 4 | Telephone: (916) 564-5400<br>Facsimile: (916) 564-5444 |

Attorneys for Defendants CHARLES ANDERSON, MARVIN REYES, and JAMES STAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOWMAN, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>CHARLES ANDERSON, an individual, MARVIN REYES, an individual, and JAMES STAHL, an individual,<br><br>            Defendants. | CASE NO. CIV F 04 5389 OWW DLB<br><br>ASSOCIATION OF COUNSEL |

Defendants CHARLES ANDERSON, MARVIN REYES, and JAMES STAHL hereby associate as counsel of record the following:

        Claudia J. Robinson, SB #57260
        Stacy T. Melville, SB #217057
        Lewis Brisbois Bisgaard & Smith, LLP
        2500 Venture Oaks Way, Suite 200
        Sacramento, CA 95833
        Telephone: (916) 564-5400
        Fax: (916) 564-5444
        E-mail: robinson@lbbslaw.com

Dated:_____

        MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO


        _____/s/_____
        By: Sue Ann Cercone
        Attorneys for Defendants

1     This association is accepted.

2   DATED: February ___, 2006    LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                               /s/
                            By: Claudia J. Robinson

5                           Attorneys for Defendants

6

7     IT IS SO ORDERED.

8                           IT IS SO ORDERED.

9   **Dated:   February 28, 2006**        **/s/ Oliver W. Wanger**
    emm0d6                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21 LEWIS BRISBOIS BISGAARD & SMITH LLP
   2500 VENTURE OAKS WAY, SUITE 200

22

23

24

25

26

27

28

4838-9579-3408.1                               -2-