**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CLAUDIA J. ROBINSON, SB# 057260
STACY T. MELVILLE, SB# 217057
2500 Venture Oaks Way, Suite 200
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendants CHARLES ANDERSON,
MARVIN REYES, and JAMES STAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOWMAN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES ANDERSON, an individual, MARVIN REYES, an individual, and JAMES STAHL, an individual,<br><br>  Defendants. | CASE NO. CIV F 04 5389 OWW DLB<br><br>STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER |

IT IS HEREBY STIPULATED between plaintiff ROBERT BOWMAN and defendants CHARLES ANDERSON, MARVIN REYES, and JAMES STAHL, as follows:

1. Because plaintiff's counsel is scheduled to be on vacation in Maine on April 17, 2006, and because defendant's counsel[1] has scheduled a pre-paid vacation to Japan from April 15 through April 24, 2006, both counsel desire to postpone the date of the final pretrial conference until after April 25. The parties therefore jointly request that the court reset the pretrial conference after that date.

---

[1] Defendants' current counsel, Sue Ann Cercone, does not have calendar conflicts for April 17. However, due to the exhaustion of the defendants' self-insured retention, defendant's insurance carrier has stepped in to choose new counsel. While new counsel is now associated with the Marderosian firm, it is anticipated that once the changeover has been completed, the Marderosian firm will substitute out leaving the Lewis Brisbois firm as sole defense counsel. This will be accomplished prior to April 17.

4813-6806-9888.1                                -1-

2. Both counsel desire to substitute a day of private mediation through mediator Mark Rudy of San Francisco for the settlement conference now scheduled to take place on April 5, 2006. The parties therefore request that either (1) the mandatory settlement conference scheduled for that date be canceled, or (2) it be continued to a date agreeable to the parties after April 5.

Dated: _____   THORNTON DAVIDSON & ASSOCIATES

_____/s/_____
BY: Thornton Davidson
Attorneys for Plaintiff ROBERT BOWMAN

Dated: _____   LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____/s/_____
BY: Claudia J. Robinson
Attorneys for Defendants CHARLES ANDERSON, MARVIN REYES, and JAMES STAHL

In light of the stipulation of the parties, and for good cause, the court orders as follows:

(1) The final pretrial conference is rescheduled from April 17, 2006 to __May 8, 2006 at 11:00 a.m._ The trial date of May 31, 2006 shall remain as set.

(2) The settlement conference previously scheduled for April 5, 2006 is [x ] canceled; [ ] rescheduled from April 5, 2006 to _____.

IT IS SO ORDERED.

**Dated:     February 28, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE