1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Claudia J. Robinson, SB# 057260
2  2500 Venture Oaks Way, Suite 200
Sacramento, California  95833
3  Telephone: (916) 564-5400
Facsimile: (916) 564-5444
4
Michael G. Marderosian, No. 77296
5  Sue Ann Cercone, No. 143122
Marderosian, Runyon, Cercone, Lehman & Armo
6  1260 Fulton Mall
Fresno, CA  93721
7
Attorneys for Defendants CHARLES ANDERSON,
8  MARVIN REYES, and JAMES STAHL

9

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12

13  ROBERT BOWMAN, an individual,          ) CASE NO. CIV F 04 5389 OWW DLB
                                           )
14              Plaintiff,                 )
                                           ) STIPULATION AND  ORDER RE
15      v.                                 ) MODIFICATION OF PRETRIAL
                                           ) SCHEDULING ORDER CONCERNING
16  CHARLES ANDERSON, an individual,       ) FILING AND HEARING DATES FOR
    MARVIN REYES, an individual, and JAMES ) DEFENDANTS'  SUMMARY JUDGMENT
17  STAHL, an individual,                  ) MOTION and DATE FOR DISCLOSURE OF
                                           ) EXPERT WITNESSES
18              Defendants.                )
                                           )
19

20         IT IS HEREBY STIPULATED between plaintiff ROBERT BOWMAN and defendants
21  CHARLES ANDERSON, MARVIN REYES, and JAMES STAHL, as follows:

22         1.  Because the deposition of defendant ANDERSON is not scheduled to be completed by

23  plaintiff's counsel until March 16, 2006, and that of defendant STAHL is not scheduled to be

24  completed until March 21, and because of scheduling issues brought about by the necessary

25  change of counsel in this action, the parties jointly request that the court reset the dates for filing

26  and hearing of defendants' proposed motion for summary judgment from March 16 and April 17,

27  respectively, to April 3 and May 8, respectively.

28

4827-6667-4432.1                          -1-

1    2. Mediation in this action is still scheduled for April 5, 2006.  Continuation of the filing

2  and hearing dates for defendants' proposed motion for summary judgment will not impact the

3  proposed mediation date.  Under this schedule, defendants will still have filed their motion prior to

4  the mediation, but, as before,  will not have a ruling by that time.

5    3. This proposed schedule sets the hearing date on defendants' motion for summary judgment

6  on the same date as the pretrial conference.

7    4. The parties have jointly agreed that the date for disclosure of expert witnesses should be

8  changed from March 2, 2006 to March 17, 2006.

9  Dated:        3/9/06                                   THORNTON DAVIDSON & ASSOCIATES

10

11                                                         /s/    *Thornton Davidson*
                                                           BY:  Thornton Davidson
12                                                         Attorneys for Plaintiff ROBERT BOWMAN

13  Dated:        3/9/06                                   LEWIS BRISBOIS BISGAARD & SMITH, LLP

14

15                                                         /s/    *Claudia J. Robinson*
                                                           BY:  Claudia J. Robinson
16                                                         Attorneys for Defendants CHARLES ANDERSON,
                                                           MARVIN REYES, and JAMES STAHL
17

18        In light of the stipulation of the parties, and for good cause, the court orders as follows:

19        (1)  Defendants are to file and serve their motion for summary judgment no later than April

20  3, 2006;

21        (2)  Hearing will be held on defendants' motion for summary judgment on May 8, 2006.

22        (3)  The parties are required to disclose expert witnesses by March 17, 2006.  Supplemental

23  disclosures shall follow  as previously scheduled, by April 3, 2006.

24  IT IS SO ORDERED.

25  **Dated:    March 9, 2006**                          **/s/ Oliver W. Wanger**
    emm0d6                                              UNITED STATES DISTRICT JUDGE
26

27

28

4827-6667-4432.1                                       -2-