1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
CLAUDIA J. ROBINSON, SB# 057260
2 STACY T. MELVILLE, SB# 217057
2500 Venture Oaks Way, Suite 200
3 Sacramento, California  95833
Telephone: (916) 564-5400
4 Facsimile: (916) 564-5444

5 Attorneys for Defendants CHARLES ANDERSON,
MARVIN REYES, and JAMES STAHL
6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 ROBERT BOWMAN, an individual,            ) CASE NO. CIV F 04 5389 OWW DLB
                                            )
12              Plaintiff,                   )
                                            ) STIPULATION AND ORDER RE
13       v.                                  ) MODIFICATION OF PRETRIAL
                                            ) SCHEDULING ORDER
14 CHARLES ANDERSON, an individual,         )
   MARVIN REYES, an individual, and JAMES   )
15 STAHL, an individual,                     )
                                            )
16              Defendants.                  )
                                            )
17 _____ )

18       IT IS HEREBY STIPULATED between plaintiff ROBERT BOWMAN and defendants

19 CHARLES ANDERSON, MARVIN REYES, and JAMES STAHL, as follows:

20       1. Because plaintiff's counsel is scheduled to be on vacation in Maine on April 17, 2006,

21 and because defendant's counsel[1] has scheduled a pre-paid vacation to Japan from April 15

22 through April 24, 2006, both counsel desire to postpone the date of the final pretrial conference

23 until after April 25.  The parties therefore jointly request that the court reset the pretrial conference

24 after that date.

25 _____

26       [1]      Defendants' current counsel, Sue Ann Cercone, does not have calendar conflicts for April
                 17.  However, due to the exhaustion of the defendants' self-insured retention, defendant's
27               insurance carrier has stepped in to choose new counsel.  While new counsel is now
                 associated with the Marderosian firm, it is anticipated that once the changeover has been
28               completed, the Marderosian firm will substitute out leaving the Lewis Brisbois firm as sole
                 defense counsel.  This will be accomplished prior to April 17.

LEWIS BRISBOIS BISGAARD & SMITH LLP
2500 VENTURE OAKS WAY, SUITE 200

4813-6806-9888.1                          -1-

1    2. Both counsel desire to substitute a day of private mediation through mediator Mark Rudy

2  of San Francisco for the settlement conference now scheduled to take place on April 5, 2006.  The

3  parties therefore request that either (1) the mandatory settlement conference scheduled for that date

4  be canceled, or (2) it be continued to a date agreeable to the parties after April 5.

5  Dated: _____          THORNTON DAVIDSON & ASSOCIATES

6

7                                                             /s/ _____
                                                             BY:  Thornton Davidson
8                                                            Attorneys for Plaintiff ROBERT BOWMAN

9  Dated: _____          LEWIS BRISBOIS BISGAARD & SMITH, LLP

10

11                                                           /s/ _____

12                                                           BY:  Claudia J. Robinson
                                                             Attorneys for Defendants CHARLES ANDERSON,
13                                                           MARVIN REYES, and JAMES STAHL

14

15        In light of the stipulation of the parties, and for good cause, the court orders as follows:

16    (1)  The final pretrial conference is rescheduled from April 17, 2006 to
            May 22, 2006 at 11:00 a.m. in Courtroom 3.
17
     (2)  The settlement conference previously scheduled for April 5, 2006 is [x  ] canceled;
18
[  ] rescheduled  from April 5, 2006 to _____.
19
IT IS SO ORDERED.
20
LEWIS BRISBOIS BISGAARD & SMITH LLP
21  emm0d6                                            _____/s/ Oliver W. Wanger_____
                                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

4813-6806-9888.1                                    -2-