THORNTON DAVIDSON  #166487
SCOTT C. HAWKINS  #207236
Thornton Davidson & Associates
2055 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791

Attorney for Plaintiff, ROBERT BOWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT BOWMAN, an individual

     Plaintiff,

v.

STATE CENTER COMMUNITY COLLEGE
DISTRICT, CHARLES ANDERSON, an
Individual acting under the color
of law; MARVIN REYES, an
individual acting under the
color of law; and JAMES STAHL, an
individual acting under the color
of law.

     Defendants.

_____/

Case No. CIV F 04 5389 OWW DLB

**STIPULATION TO DISMISS ACTION
IN ITS ENTIRETY; ORDER**

    Pursuant to Rule 41 (a) of the Federal Rules of Civil

Procedure, Plaintiff ROBERT BOWMAN ("Plaintiff") and Defendants

STATE CENTER COMMUNITY COLLEGE DISTRICT, CHARLES ANDERSON, MARVIN

REYES, and JAMES STAHL ("Defendants"), by and through their

attorneys of record, hereby stipulate to dismiss this action in

its entirety with prejudice, all parties to bear their own fees

and costs.

1

STIPULATION TO DISMISS ACTION IN ITS ENTIRETY; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1        **IT IS SO STIPULATED.**

2

3    Dated: February 25, 2008        DAVIDSON & HAWKINS

4

5                                    By:  _____/s/_____

6                                         THORNTON DAVIDSON,
                                          Attorney for Plaintiff,
7                                         ROBERT BOWMAN

8

9    Dated: March 4, 2008

10

11

12                                   By:  _____/s/_____

13                                        ALICE CONWAY POWERS,
                                          Attorney for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS ACTION IN ITS ENTIRETY; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2

    The above-captioned matter is dismissed in its entirety with

3

prejudice, all parties to bear their own fees and costs.

4

5

    **IT IS SO ORDERED.**

6

7

Dated: March 5, 2008

8

9

                          By:/s/ OLIVER W. WANGER

10

                             HONORABLE OLIVER W. WANGER

                             United State District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com